Fill in this information to identify the case:

United States Bankruptcy Court for the:
____Denver_____ District of
____Colorado____
(State)

Case number (If known): _____ Chapter _11__

☐ Check if this is an amended filing

*FILED stamp: KENNETH S. GARDNER, CLERK, 2016 MAY 31 PM 4:27, U.S. BANKRUPTCY COURT, DISTRICT OF COLORADO*

Handwritten: 16-15466 JGR

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**                     ____Fort Drilling, LLC____

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names
____None____

**3. Debtor's federal Employer Identification Number (EIN)**    20 – 8027875

**4. Debtor's address**

Principal place of business
____598 Rider Ridge Dr.____
Number    Street

____Longmont____ CO ____80504____
City         State    ZIP Code

____Boulder____ County

Mailing address, if different from principal place of business
____Same____
Number    Street

_____ P.O. Box
City    State    ZIP Code

Location of principal assets, if different from principal place of business
Number    Street
City    State    ZIP Code

Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor _____ Case number (if known)_____
       Name

**5. Debtor's website (URL)** _____None_____

**6. Type of debtor**

x☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  ☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_2111_ ___ ___ ___

Debtor _____  Case number *(if known)* _____
      Name

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   X Chapter 11. *Check all that apply:* ☒  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   X No
   ☐ Yes.

   District _____ When _____ Case number _____ MM / DD / YYYY

   District _____ When _____ Case number _____
                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    X No
    ☐ Yes.

    Debtor _____ Relationship _____

    District _____ When _____
                                      MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this* district?**

    *Check all that apply:*

    X Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor _____   Case number (if known)_____
            Name

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☐ No

   ■ X Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other ___Property may be liquefied in Piecmeal Fashion ;thereby significantly impacting it's value_____

   **Where is the property?** _____1216 E. 18th St._____
      Number   Street

   ____Greeley_____ ____CO___ _____80631_____
   City                                                                     State        ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

   Check one: ☐ Funds will be available for distribution to unsecured creditors.

   ■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ■ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

15. **Estimated assets**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ■ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

16. **Estimated liabilities**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ■ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

Debtor _____  Case number (if known) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/31/2016_____
           MM / DD / YYYY

X _/s/ Don L. Fort_____     _Don L. Fort_____
Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor                     MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number      Street

_____      _____   _____
City                                    State        ZIP Code

_____      _____
Contact phone                           Email address

_____      _____
Bar number                              State

**Cover Sheet for Petition**
**L.B.F. 1002-1.1**

16-15466 JGR

FILED
KENNETH S. GARDNER
CLERK
2016 MAY 31 PM 4: 27
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**Check Applicable Boxes to Show All Documents Attached**

| Name of debtor(s):<br>FORT DRILLING LLC, | [ ] Attorney (firm name, address, telephone, and registration number):<br><br>[X] No attorney ("*pro se*") (home address, telephone): |
|---|---|

| **Filing fee (revised per directive of the Judicial Conference of the United States):** |
|---|
| [ ]   $335 for chapter 7 |
| [X]   $1,717 for chapter 11 |
| [ ]   $275 for chapter 12 |
| [ ]   $310 for chapter 13 |
| [ ]   Other fee paid: $_____.  Enter amount AND attach applicable application under Fed. R. Bankr. P. 1006 to pay in installments or pursuant to 28 U.S.C. § 1930(f) (if applicable). |

| **Individual and business debtor(s) (except as otherwise noted):** |
|---|
| [X]   Voluntary Petition for Individuals Filing for Bankruptcy, Official Form 101, or Voluntary Petition for Non-Individuals Filing for Bankruptcy, Official Form 201 |
| [ ]   Your Statement of Financial Affairs for Individuals Filing for Bankruptcy, Official Form 107, or Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Official Form 207 |
| [ ]   Summary of Your Assets and Liabilities and Certain Statistical Information , Official Form 106Sum, or Summary of Assets and Liabilities for Non-Individuals, Official Form 206Sum |
| [ ]   Schedules A–J – Official Forms 106A/B, 106C, 106D, 106E/F, 106G, 106H, 106I and 106J for Individuals, or Official Forms 206A/B, 106D, 106E/F, 106G, 106H, 106I and 106J for Non-Individuals |
| [ ]   Declaration About an Individual Debtor's Schedules, Official Form 106Dec, or Declaration Under Penalty of Perjury for Non-Individual Debtors, Official Form 202 |
| [ ]   Bankruptcy Petition Preparer's Notice, Declaration, and Signature, Official Form 119, (submitted only if debtor(s) used the services of a bankruptcy petition preparer) |
| [ ]   For each individual debtor, copies of all payment advices, paycheck stubs, or other evidence of all salary, commissions or income received within 60 days before the bankruptcy case was filed, copied on 8 ½ by 11 paper with the debtor's first and last name printed on top of each page (and bankruptcy case number, if a number has been assigned); OR, as applicable, complete L.B. Form 1007-6.1 ("Statement Under Penalty of Perjury Concerning Payment Advices") for each debtor. |
| [ ]   A record of any interest in an education individual retirement account ("IRA") (26 U.S.C. § 530(b)(1)) or qualified state tuition program (26 U.S.C. § 529(b)(1) plans). |

| | |
|---|---|
| [ ] | Attorney's Disclosure of Compensation – Director's Form 203 (Form 2030) |
| [ ] | Verification of Creditors' Matrix – L.B. Form 1007-2.1 |
| [X] | Creditors' Matrix (see L.B.R. 1007-2 and L.B.R. 1007-2App. for instructions). |

**Additional items due from ALL individual debtors:**

[ ] Statement About Your Social Security Numbers – Official Form 121

Chapter 7 individual debtors also must file:

    [ ] Applicable Statements of Current Monthly Income and Means Test Calculation Forms: Chapter 7 Statement of Your Current Monthly Income, Official Form 122A-1, Statement of Exemption from Presumption of Abuse Under § 707(b)(2), Official Form 122A-1Supp, and/or Chapter 7 Means Test Calculation, Official 122A-2*

    [ ] Statement of Intention for Individuals Filing Under Chapter 7, Official Form 108 (due thirty days post-petition) (the failure to comply with this statement and file reaffirmation agreements or motions to redeem personal property that the debtor does not intend to surrender has ramifications 45 days after the first scheduled meeting of creditors under 11 U.S.C. § 362(h) of the Bankruptcy Code)

Chapter 11 individual debtors also must file:

    [ ] Chapter 11 Statement of Your Current Monthly Income, Official Form 122B

Chapter 13 individual debtors also must file:

    [ ] Applicable Statements of Current Monthly Income and Calculation of Commitment Period: Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, Official Form 122C-1 and Chapter 13 Calculation of Your Disposable Income, Official Form 122C-2*

    [ ] Chapter 13 Plan, L.B. Form 3015.1.1

*The links for the updated Internal Revenue Service and Census Bureau Information that may be needed to complete these forms can be reached from the web site: http://www.usdoj.gov/ust/.

**Additional items due from chapter 11 debtors:**

| | |
|---|---|
| [ ] | For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders, Official Form 104 |
| [ ] | Corporate Ownership Statement as required by Fed. R Bankr. P. 1007(a)(1) for corporations, L.B. Form 1007-4.1. |
| [ ] | List of Equity Interest Holders as required by Fed. R. Bankr. P. 1007(a)(3) for corporations, L.B. Form 1007-4.2. |
| [ ] | Small business debtors must file the most recent 1) balance sheet, 2) statements of operations, 3) cash-flow statement and 4) federal income tax return; OR a verified statement that those documents do not exist and have not been prepared or filed. |
| [ ] | Disclosure Regarding Receivers Bankruptcy Form 1007-7.1. |

| Date: | Printed name of party signing: | Signature of attorney (or debtor without counsel): |
|---|---|---|
| 5-31-2016 | Don L. Fort | |