Fill in this information to identify the case:

Debtor name ____Fort Drilling, LLC____

United States Bankruptcy Court for the: ____Denver____ District of __CO____
(State)

Case number (If known): ____NA____  16-15466 JGR

☐ Check if this is an amended filing

KENNETH S. GARDNER CLERK
2016 MAY 31 PM 4:27
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Weld County Treasurer 1400 N. 17th Ave. Greeley, CO 80631 | Terri: 970-353-3845 Acct: 1214 | Taxes due | contingent | | | $31,892.07 |
| 2 | National Oilwell Varco 9720 Beechnot St. Houston, TX 77036 | 713-868-8730 Acct:7823 Acct:3130 | Supplies | contingent | | | $24,785.64 |
| 3 | Al's Diesel, INc. P.O. Box 250 Cutbank, MT 59427 | 406-873-5601 Inv: 7162 | Supplies | contingent | | | $15,155.02 |
| 4 | Wyoming Bearing & Supply 206 S. College Dr. Cheyenne, WY 82007 | 307-634-9000 | Supplies | contingent | | | $14,763.35 |
| 5 | One Beacon Ins. Co 6000 E. Evans Ave. #1-211 Denver, CO 80222 | Robert Stapel 303-297-3800 Ref.# 0ZLP | Insurance | contingent | | | $10,266.00 |
| 6 | Travelers Indemnity Co 6000 E. Evans Ave. #1-211 Denver, CO 80222 | Robert Stapel 303-297-3800 Ref:# 0403 | Insurance | contingent | | | $8,737.00 |
| 7 | Cardmember Service P.O. Box 790408 St. Louis, MO63179-0408 | 1-866-552-8855 Acct:9494 Acct:8157 | Debt | contingent | | | $9,184.92 |
| 8 | Chubb Ins. Co 6000 E. Evans Ave. #1-211 Denver, CO 80222 | Robert Stapel 303-297-3800 Acct:002C | Insurance | contingent | | | $7,733.33 |

Debtor _____Fort Drilling, LLC_____    Case number (*if known*)_____NA_____
           Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Rex Oil/Gray Oil Co. P.O. Box 387 Gretna, NE 68028 | 303-455-1743 Cust:1824 | Supplies | contingent | | | $6836.26 |
| 10 | Fisher Pumps 2024 E. 8th St. Greeley, CO 80631 | 970-353-6962 Inv. 10219 | Repairs | contingent | | | $1,782.60 |
| 11 | Anton Collins, Mitchell, LLP 4999 Pearl E. Cir. Boulder, CO 80301 | 303-440-0399 ID# S001 | Accounting | contingent | | | $1,506.18 |
| 12 | Survey Rentals, Inc. 2242 N. 6 Mile Rd. Mills, WY 82644 | 307-234-7121 Acct:16996 | Supplies | contingent | | | $1,424.50 |
| 13 | Oilworks, Inc. P.O.Box 69170 Odessa, TX 79769 | 432-381-5265 Acct: 115293 | Supplies | contingent | | | $975.10 |
| 14 | WB Supply Co. P.O.Box 972856 Dalaas, TX 75397-2856 | 806-669-1103 Acct:8521 | Supplies | contingent | | | $932.63 |
| 15 | DXP Enterprises, Inc. P.O. Box 201791 Dallas, TX 75320-1791 | 970-351-8220 Acct: 6626 | Supplies | contingent | | | $430.33 |
| 16 | | | | | | | |
| 17 | | | | | | | Total: $136,404.93 |
| 18 | | | | | | | |
| 19 | | | | | | | |