| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Fort Drilling, LLC** | |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO | |
| Case number (if known) **16-15466-JGR** | ☐ Check if this is an amended filing |

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................................... $ 501,200.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................................................... $ 501,200.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ 669,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $ 31,892.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................... +$ 112,245.86

4. **Total liabilities** ....................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                                        $ 813,137.86