**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re: FORT DRILLING, LLC  §  Case No. 16-15466-JGR
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Jeffrey L. Hill, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $501,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $138.15 | | |

　　　3) Total gross receipts of $138.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $138.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,054,000.00 | $116,000.00 | $116,000.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $196.50 | $196.50 | $138.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $2,390.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $31,892.00 | $2,080.00 | $2,080.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $763,319.21 | $591,925.62 | $591,925.62 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,849,211.21 | $712,592.12 | $710,202.12 | $138.15 |

4) This case was originally filed under chapter 7 on 05/31/2016, and it was converted to chapter 7 on 11/04/2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2017      By: /s/ Jeffrey L. Hill
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Colorado Business Bank | 1129-000 | $138.15 |
| **TOTAL GROSS RECEIPTS** | | **$138.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9S | Wells Fargo Equipment Finance, Inc. | 4210-000 | $79,000.00 | $79,000.00 | $79,000.00 | $0.00 |
| 10S | Wells Fargo Equipment Finance, Inc. | 4210-000 | $37,000.00 | $37,000.00 | $37,000.00 | $0.00 |
| N/F | Guaranty Bank and Trust Company c/o John F. Young, Esq Marku | 4110-000 | $469,000.00 | NA | NA | NA |
| N/F | Guaranty Bank and Trust Company do John F. Young, Esq Markus | 4110-000 | $469,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,054,000.00** | **$116,000.00** | **$116,000.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeffrey L. Hill | 2100-000 | NA | $34.54 | $34.54 | $6.35 |
| Trustee, Expenses - Jeffrey L. Hill | 2200-000 | NA | $36.96 | $36.96 | $6.80 |
| Accountant for Trustee Fees (Other Firm) - GARY W. SELTZER | 3410-000 | NA | $125.00 | $125.00 | $125.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $196.50 | $196.50 | $138.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - GOFF, ESQ., LANCE | 6220-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - GOFF, ESQ., LANCE | 6210-000 | NA | $2,390.00 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $2,390.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | NA | $1,755.00 | $1,755.00 | $0.00 |
| 14 | United States Trustee | 5800-000 | NA | $325.00 | $325.00 | $0.00 |
| N/F | Weld County Treasurer | 5600-000 | $31,892.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $31,892.00 | $2,080.00 | $2,080.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DNOW LP | 7100-000 | NA | $8,227.62 | $8,227.62 | $0.00 |
| 3 | Weld County Treasurer Office | 7100-000 | $31,892.00 | $35,584.26 | $35,584.26 | $0.00 |
| 4 | Federal Insurance Co. c/o Soffer, Rech & Borg, LLP | 7100-000 | $7,733.00 | $7,160.50 | $7,160.50 | $0.00 |
| 5 | One Beacon c/o RMS Bankruptcy Recovery Services | 7100-000 | $10,266.00 | $10,235.00 | $10,235.00 | $0.00 |
| 6 | Travelers Indemnity Company c/o RMS Bankruptcy Recovery Services | 7100-000 | $8,737.00 | $8,737.00 | $8,737.00 | $0.00 |
| 7 | Fisher Pumps | 7100-000 | $1,782.60 | $1,606.19 | $1,606.19 | $0.00 |
| 8 | Colorado Department Of Revenue | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 9U | Wells Fargo Equipment Finance, Inc. | 7100-000 | NA | $8,224.55 | $8,224.55 | $0.00 |
| 10U | Wells Fargo Equipment Finance, Inc. | 7100-000 | $84,000.00 | $85,051.59 | $85,051.59 | $0.00 |
| 11 | Al's Diesel, Inc. Thane Johnson, Johnson, Berg & Saxby, PLLP | 7100-000 | $15,155.02 | $15,312.49 | $15,312.49 | $0.00 |
| 12 | Wyoming Bearing and Supply C/O David G. Ditto | 7100-000 | $14,763.35 | $17,536.45 | $17,536.45 | $0.00 |
| 13 | Guaranty Bank & Trust Company Attn: Jeff Sauer, Vice President | 7100-000 | $469,000.00 | $394,249.97 | $394,249.97 | $0.00 |
| N/F | AFs Diesel, Inc. | 7100-000 | $15,155.02 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Anton Collins, Mitchell, LLP | 7100-000 | $1,506.18 | NA | NA | NA |
| N/F | Cardmember Service | 7100-000 | $9,184.92 | NA | NA | NA |
| N/F | Chubb Ins., CO. | 7100-000 | $7,733.33 | NA | NA | NA |
| N/F | DXP Entrprises | 7100-000 | $430.33 | NA | NA | NA |
| N/F | DXP Entrprises | 7100-000 | $430.33 | NA | NA | NA |
| N/F | Federal Insurance Company C/O Girsh and Roilman, P.C. | 7100-000 | $7,733.00 | NA | NA | NA |
| N/F | National Ollwell Varco | 7100-000 | $24,785.64 | NA | NA | NA |
| N/F | Oilworks, Inc | 7100-000 | $975.10 | NA | NA | NA |
| N/F | Oilworks, Inc. | 7100-000 | $975.10 | NA | NA | NA |
| N/F | One Beacon Ins. CO. | 7100-000 | $10,266.00 | NA | NA | NA |
| N/F | Rex Oil/Gray Oil Co. | 7100-000 | $6,836.26 | NA | NA | NA |
| N/F | Rex OillGray Oil Co. | 7100-000 | $6,836.26 | NA | NA | NA |
| N/F | Survey Rentals, Inc. | 7100-000 | $1,424.50 | NA | NA | NA |
| N/F | WB Supply Co. | 7100-000 | $932.63 | NA | NA | NA |
| N/F | national Ollwell Varco | 7100-000 | $24,785.64 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $763,319.21 | $591,925.62 | $591,925.62 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-15466-JGR  
Case Name: FORT DRILLING, LLC  
For Period Ending: 12/18/2017

Trustee Name: (260160) Jeffrey L. Hill  
Date Filed (f) or Converted (c): 11/04/2016 (c)  
§ 341(a) Meeting Date: 12/01/2016  
Claims Bar Date: 10/23/2017

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Colorado Business Bank | 200.00 | 138.15 | | 138.15 | FA |
| 2 Desk and computer<br>subject to stay relief | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 Ideco 8000' oil & gas drilling rig<br>no equity. stay relief has been granted. | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 3 Assets Totals (Excluding unknown values) | $501,200.00 | $501,138.15 | | $138.15 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 05/31/2017          Current Projected Date Of Final Report (TFR): 11/27/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15466-JGR | | Trustee Name: | Jeffrey L. Hill (260160) |
|---|---|---|---|---|
| Case Name: | FORT DRILLING, LLC | | Bank Name: | First National Bank - Vinita |
| Taxpayer ID #: | **-***7875 | | Account #: | ****2770 Checking Account |
| For Period Ending: | 12/18/2017 | | Blanket Bond (per case limit): | $250,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/2017 | {1} | COLORADO BUSINESS BANK | Bank Account | 1129-000 | 138.15 | | 138.15 |
| 10/02/2017 | | United Bank | WIRE TRANSFER TO FUND NEW BANK ACCOUNT | 9999-000 | | 138.15 | 0.00 |
| | | | **COLUMN TOTALS** | | 138.15 | 138.15 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 138.15 | |
| | | | **Subtotal** | | 138.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $138.15 | $0.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15466-JGR | Trustee Name: | Jeffrey L. Hill (260160) |
| --- | --- | --- | --- |
| Case Name: | FORT DRILLING, LLC | Bank Name: | United Bank |
| Taxpayer ID #: | **-***7875 | Account #: | ********0837 Checking Account |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/2017 | | The First National Bank of Vinita | WIRE FROM FORMER BANK | 9999-000 | 138.15 | | 138.15 |
| 10/06/2017 | 101 | GARY W. SELTZER | accounts's fees | 3410-000 | | 138.15 | 0.00 |
| | | | COLUMN TOTALS | | 138.15 | 138.15 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 138.15 | 0.00 | |
| | | | Subtotal | | 0.00 | 138.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $138.15 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15466-JGR | Trustee Name: | Jeffrey L. Hill (260160) |
|---|---|---|---|
| Case Name: | FORT DRILLING, LLC | Bank Name: | United Bank |
| Taxpayer ID #: | **-***7875 | Account #: | ********2449 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/2017 | | SSA PC | | 3410-000 | | -13.15 | 13.15 |
| 11/28/2017 | 101 | Jeffrey L. Hill | Combined trustee compensation & expense dividend payments. | | | 13.15 | 0.00 |
| | | | Claims Distribution - Mon, 11-27-2017  $6.35 | 2100-000 | | | 0.00 |
| | | | Claims Distribution - Mon, 11-27-2017  $6.80 | 2200-000 | | | 0.00 |

|   |   |   |
|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 16-15466-JGR |
| **Case Name:** | FORT DRILLING, LLC |
| **Taxpayer ID #:** | **-***7875 |
| **For Period Ending:** | 12/18/2017 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey L. Hill (260160) |
| **Bank Name:** | United Bank |
| **Account #:** | ********2449 Checking |
| **Blanket Bond (per case limit):** | $250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ****2770 Checking Account | $138.15 | $0.00 | $0.00 |
| ********0837 Checking Account | $0.00 | $138.15 | $0.00 |
| ********2449 Checking | $0.00 | $0.00 | $0.00 |
| | $138.15 | $138.15 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**